# Exhibit C

## MUTUAL NON-DISCLOSURE AGREEMENT

Agreement dated 10/2/2013, between Akamai Technologies, Inc. ("Akamai") and inmobly.

1. **Background.** Akamai and inmobly intend to engage in discussion and negotiations concerning the establishment and/or conduct of a business relationship between them (in either case, the "Relationship"). In connection with such Relationship, it is anticipated that either party may disclose or deliver to the other party certain trade secrets or other confidential or proprietary information. The parties have entered into this Agreement in order to assure the confidentiality of such trade secrets and confidential or proprietary information in accordance with the terms of this Agreement.

2. **Proprietary Information.** As used in this Agreement, "Proprietary Information" means all nonpublic information disclosed by one party, its Affiliates, or the agents of any of the foregoing (collectively, the "Disclosing Party") to the other party or its Affiliates (collectively, the "Receiving Party") that is designated as confidential or that, given the nature of the information or the circumstances surrounding its disclosure, reasonably should be considered as confidential. For purposes of this Agreement, "Affiliate" means any entity controlling or controlled by or under common control with a party, where "control" is defined as the ownership of more than 50% of the equity or other voting interests of such entity.

3. **Disclosure and Use of Proprietary Information.** The Receiving Party shall hold in confidence, and shall not disclose (or permit or suffer its personnel to disclose) to any person outside its organization, any Proprietary Information. The Receiving Party and its personnel shall use such Proprietary Information only in connection with the Relationship and shall not use or exploit such Proprietary Information for its own benefit or the benefit of another without the prior written consent of the Disclosing Party. Without limitation of the foregoing, the Receiving Party shall not cause or permit reverse engineering of any Proprietary Information or recompilation or disassembly of any software programs which are part of the Proprietary Information received by it under this Agreement. The Receiving Party shall disclose Proprietary Information only to persons within its organization who have a need to know such Proprietary Information in connection with the Relationship and who are bound by a written agreement, enforceable by the Receiving Party, to protect the confidentiality of such Proprietary Information. The Receiving Party shall adopt and maintain programs and procedures that are reasonably calculated to protect the confidentiality of Proprietary Information and shall be responsible to the Disclosing Party for any disclosure or misuse of Proprietary Information resulting from a failure to comply with this provision. The Receiving Party shall be fully responsible for any breach of this Agreement by its Affiliates, agents, representatives and employees. The Receiving Party will promptly report to the Disclosing Party any actual or suspected violation of the terms of this Agreement and will take all reasonable further steps requested by the Disclosing Party to prevent, control or remedy any such violation.

4. **Limitation on Obligations.** Proprietary Information shall not include information that the Receiving Party can demonstrate by clear and convincing evidence (a) was generally known to the public at the time of disclosure or has become generally known through no breach of an agreement with or a duty owed to the Disclosing Party; (b) was in the Receiving Party's possession at the time of disclosure other than as a result of Receiving Party's breach of any legal obligation; (c) becomes known to the Receiving Party through disclosure by sources other than the Disclosing Party having the legal right to disclose such Proprietary Information; or (d) is independently developed by the Receiving Party. Receiving Party may disclose Proprietary Information if and to the extent required by applicable laws, governmental or regulatory regulations, or proper legal or governmental authority, provided that the Receiving Party provides prior written notice of such disclosure to the Disclosing Party and the Receiving Party takes reasonable and lawful actions to avoid and/or minimize the extent of such disclosure.

5. **Ownership of Proprietary Information.** The Receiving Party agrees that the Disclosing Party is and shall remain the exclusive owner of the Proprietary Information and all patent, copyright, trade secret, trademark and other intellectual property rights therein. No license or conveyance of any such rights to the Receiving Party is granted or implied under this Agreement.

6. **Return of Documents.** The Receiving Party shall, upon the termination of this Agreement or the request of the Disclosing Party, return to the Disclosing Party all drawings, documents, and other tangible manifestations of Proprietary Information received by the Receiving Party pursuant to this Agreement (and all copies and reproductions thereof).

7. **Term and Termination; Survival of Obligations.** The term of this Agreement shall commence on the date first set forth above and continue until terminated by either party by providing written notice to the other party. All provisions of this Agreement relating to the disclosure or use of Proprietary Information disclosed hereunder shall survive for a period of five (5) years after the effective date of termination hereof.

8. **Equitable Relief.** The provisions of this Agreement are necessary for the protection of the business and goodwill of the Disclosing Party and are considered by the Receiving Party to be reasonable for such purpose. The Receiving Party agrees that any breach of this Agreement will cause the Disclosing Party substantial and irreparable damages and, therefore, in the event of any such breach, in addition to other remedies that may be available, the Disclosing Party shall have the right to seek specific performance and other injunctive and equitable relief.

9. **Miscellaneous.** This Agreement (a) supersedes all prior agreements, written or oral, between the Disclosing Party and the Receiving Party relating to the subject matter of this Agreement; (b) may not be modified, amended or discharged, in whole or in part, except by an agreement in writing signed by the Disclosing Party and the Receiving Party; (c) will be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors and assigns; and (d) shall be construed and interpreted in accordance with the laws of the Commonwealth of Massachusetts.

EXECUTED, by a duly authorized representative, as a sealed instrument as of the day and year first set forth above.

AKAMAI TECHNOLOGIES, INC.
By: *Shlomi Gian*
Name: 
Title: Sr Dir Mobile Strategy
Address for Notices:
8 Cambridge Center
Cambridge, MA 02142
Attn: General Counsel

<INSERT CONTRACTING PARTY NAME> inmobly inc
By: *HElgamal*
Name: HESHAM ELGAMAL
Title: CEO
Address for Notices:
1275 Kinnear Rd
Columbus, OH, 43212

October 2009