# Exhibit D



# Innovations For Mobile Content Distribution



# Quick Facts: Company Information

- An Ohio incorporation, incorporated in 2011
- Offices
    - 1275 Kinnear Rd., Columbus, Ohio
    - 1045A Linda Vista Ave., Mountain View, CA, 94043
    - 12 Suliman Abaza St, Mohandseen, Giza, Egypt (Dev Office: 16 developers)
- **Major Investors and Stakeholders**
    - Ohio Tech Angel Fund (OTAF)
    - Tech Columbus (TC)
    - Ohio State University
    - Alta Ventures (Mexico)








# Quick Facts: Company Purpose

*inmobly delivers an innovative mobile multimedia platform integrating networks, handsets and content.*









# The **Bandwidth Crunch**



Very High Peak-to-Average Demand Ratio

Demand

Supply

3G

Network-centric solutions are not enough

    

**54%**
While lying in bed

**24%**
While driving

**30%**
During a meal with others

**9%**
During services at a house of worship

**39%**
While using the bathroom

Users are "always on," "always connected"

The average  user consumes 7.2 hours of media daily
**Mobile devices represent 27% of this time**

**5G will not cut-it, New Paradigm for content delivery required**



# **Everyone** is Impacted



Peter & Mary share a data plan with teen daughter Sarah

Sarah loves music & video

Data overages are tough on the budget

San Francisco

Columbus

New York

Diane flies often for business
News, sometimes Hulu
Poor connections when travelling,
Limited content available offline

Jack takes the subway to work
Sports highlights, streaming music

Buffering delays, data overages

**Carriers, Content providers and Users are all losing**



# Industrial Ecosystem



Network Centric Solutions (5G) will not cut it

Data Throttling is annoying



Wi-Fi hunt for your smart phones is an art

Network Caching not optimized for the last mile



Data Management not adequate for video traffic





*"There are certain pockets where we're absolutely going to experience that down tick from the LTE network down to 3G because of capacity constraints."* Verizon CFO Fran Shammo



# Development in the Industry

*"Mobile Data Congestion already a Reality"* **(Top 10 Tech Predictions for 2015: CEO CyberFlow)**



AT&T launches "Sponsored Data," inviting content providers to pay consumers' mobile data bills

Carriers introducing "Sponsored Data"

Carriers Move to work closer with content



Verizon Is Acquiring Content Delivery Network EdgeCast

Carriers Slowing down heavy traffic

Is Verizon Already Slowing Netflix Down?

Focus on Emerging Markets



Facebook's window to emerging markets: mobile



# Mobile Aware Content Delivery



Bridge between content and mobile networks

All bits are not created equal





Streaming is over-rated

Peace of mind by avoiding overage charges



**Can we get users**



**CONTENT BEFORE DEMAND ??**



# Video Now technology is a Win-Win-Win



**Predict**   **Cache**   **Serve**

**One technology, many possibilities**



# System Overview





# Predict: Cloud Backend

- Profiling
- Traffic Routing (VPN architecture)
- Smart Scheduling





# Profiling

- Statistical User profiling
    - Logs (Connectivity/Consumption/UI)
    - User preferences
    - Content tags and metadata
    - Interactive learning: Engaging users to help validate learning
- Network Profiling
    - Logs of connectivity (3G/Wi-Fi)
- Statistical Content Profiling
    - Variability of content



# Traffic Routing (VPN architecture)

- DNS architecture for logging and injection (serving)
    - Over-the-top solution to monitor traffic
    - Identifying content usage on the device
    - DNS reduces traffic requirements on VPN
    - Sampling based approach
- Possibility of adding compression





# Scheduling Module Architecture



# Smart Scheduling

- Statistical User profiling
  - Optimization based on long term trends
  - Based on UI, consumption, and connectivity patterns
  - Accounts for dynamic user preference changes
- Adaptive Module
  - Medium time scale behavioral matching
  - Threshold based policies
  - Interactive learning
  - Exploration-vs-Exploitation tradeoff
- Content Placement
  - Graph Matching
  - Optimizes network cost function
  - Optimizes content freshness



Dashbaord





# Content Placement: Graph Matching

- Placement of 10 Videos (No Constraints)



- Placement of 10 Videos (Constraints: Congestion 3-6)





# Cache: Client Side

- Logging
- Real Time Module
- Content Management
  - Personalized Memory Management
  - Personalized Battery Management





# **User Logging**

- Content Logging:
  - VPN architecture: consumed content on device (category/consumption method/time)
  - Downloaded content (category/connectivity/download type/time)
- Battery Logging:  Battery State change (charging/discharging/ok/low)
- Connectivity Logging:
  - Wi-Fi Connectivity (time/duration/speed)
  - Mobile Data (time/duration/speed)
- Data Usage Logging: Volume of Data utilized (time/medium/size/application)
- Schedule Result Logging:
  - Schedule items (category/medium/count/scheduled time/Success or Failure/download time)
- UI Event Logging: App activity (Screen access/ viewing/content)



# Real Time Module

- Light weight design (executes symbolic schedule)
- Adjusts to dynamic real time changes
- Push-Pull architecture
- Accommodates different QoS requirements
- Smart venue solution
    - Optimized based on a check-in architecture
    - Opportunistic fetching with a back-up mechanism
    - Accommodate multicast and white space technologies.



# Personalized Memory Management

- Manages memory on client through
    - Maintain memory utilization on device
    - Prioritizing content elements for retention
    - Optimizing cost/benefit of removing/retaining content elements
- Long term trends identified by the cloud
- Optimized based on real time logs (UI logs, number of views, pinning, etc…)



# Personalized Battery Management

- Manages battery on client through
  - Maintain battery thresholds on device
  - Protects against unnecessary drainage of battery
- Accommodates different QoS
- Optimized based on caching history
- Optimized based on connectivity patterns





# Serve: Client Side

- Content Consumption
    - Offline consumption
    - Packet injection for cached content from native apps



*Content not Cached*



*Content Cached*

- Social/interactive UI (roadmap)



# PAUL the App

✓ Intelligent management of data plan

✓ Saves bandwidth

✓ Offline content consumption

✓ Personalized content

✓ Elegant UI

✓ Enables delay free multimedia experience

✓ *No modifications to existing applications – enjoy saved content within native apps at no data cost*







An App Called PAUL Predicts The Videos You Want

With tablets and smartphones consuming more and more video content, a new app for Android simply called "PAUL" aims to ease that ever-increasing network strain by using a predictive cache/download algorithm.

Similar to peak-shaving in electrical grids, PAUL learns your video consumption habits and downloads whenever you're logged into a WIFI...



Top 5 Android Exclusives Addendum: PAUL the App















# Video Now technology: Second Screen



**A personalized experience in the vast content of soccer, through inter-linking news, highlights, live updates, and delay-free viewing launched as a global application**

Feb  5th, 2013: Launched
Jan 30th, 2013: 400K+ downloads
Captured top spot in many individual markets
**Recommended by NYTimes Soccer Blog**
Sessions: 9M+
Screen Views: 40M+



**Brutus Now provides the OSU Buckeyes Fan with a unique Game Day experience, at the stadium, tailgating or watching the game live on TV.**

Nov 2nd, 2013: Beta Launch.


* In partnership with the **OSU Athletics Department**



# Video Now SDK

- Light weight client side
- Optimized Cloud processing
- Offloading traffic
- Monetizing spare capacity
- Content providers and mobile carriers interfaces



# Analytics

- Allow for better understand of individual users or segments of users
  - Hit ratio per segment
  - Average savings per segment
  - Usage Patterns
  - Battery Patterns
  - Content Consumption patterns
  - Wi-Fi presence

Hit Ratio



Savings



Usage



Battery



Consumption



Wi-Fi





# Analytics: Some Insights

- Heavy users=44% (Consuming more than 10 videos/day)











Hit Ratio    Usage    Savings    Battery   Consumption   Wi-Fi









# Analytics: Some Insights

- Average savings of > 2GB/month





Hit Ratio  Usage  Savings  Battery Consumption   Wi-Fi 



# Content Provider and Carrier Interface

- Profile based content pushing
  - Profile defined by user preferences/information/behavior
- Dynamic pricing optimization
  - Identify the appropriate method/time for delivery of content
- Video ads caching and association
  - Preload video ads based on profile
  - Match ads to content

Dashboard





# Dynamic Pricing: Win-Win Scenario







# Intellectual Property and Copyright

- Joint optimization of the prediction, caching and suggestion/recommendation algorithms
  - Distributed non-intrusive implementation on mobile networks
  - Cloud based architecture,
  - Network management layer instantiation for operator integration

- **3 Key patent** filed Sept 2010-2012,
  - Independent Ohio State Lawyer search validates novelty of patent
  - Inmobly has exclusive rights to license the patent
  - Future patents planned in 2014/2015

- **Trademark agreement** with OSU since 2013



# **Business** Model

Revenue Models

**Revenue Share w/ Content Providers**



**End User Premium Subscription**

**Licensing to Carriers**



Guaranteed QoS
Captive Audience

Offline Capabilities
Data Saving

Offload Traffic
Expand Capacity

Validated data point: 2GB /month/user saving @ $10/GB

Customers

- Trial deployments with Sprint-Virgin Mobile  and Ooyala underway
- Licensed our technology to Wikibuli
- Partnership deal with OSU for our Buckeye Now app
- Partnership deal with Vodafone Emerging Markets in final stages
- Advanced discussions with various carriers (e.g., Verizon, TelCel), MVNOs (Kajeet, Scratch Wireless), and CDN for trial deployments and licensing our technology.

inmobly
intelligence in mobility

# Management Team

Senior Management



**Dr. Hesham El Gamal – CEO**
- Professor at OSU and IEEE Fellow.
- 150+ published papers,
  15 patents, $2MM+ Funding
- Industrial experience with Alcatel-Lucent,
  Hughes, Inter-digital



**Dr. Nayer Wanas – CTO**
- Machine Learning expert with 50+ publications
  and 4 patents
- Former Microsoft Researcher
- Led several successful development teams



**Scott W. Gatchall – SVP Corporate Development**
- 23yr executive of the wireless telecom industry.
- Former Distinguished Member of Technical Staff, Motorola Mobility
- Architect of world's first digital cellphone & smartphone.

| Board of Directors | Strategic Advisors | Corporate Partners |
|---|---|---|

- Dr. Hesham El Gamal, CEO inmobly
- Dr. Nayer Wanas. CTO inmobly
- Ryan Helon, SVP TechColumbus
- Bob Fisher, CEO Fisher Advisors
- Ayaz UlHaque, Exalt Capital
  Partners

- Ayaz Ul Haque
- Alan Morse,
- Mohamed Atallah










# THANK YOU

**Hesham El Gamal**

**helgamal@inmobly.com**

**+1 (614) 266-3112**



# Video Now: Solving Two Problems Simultaneously



Discovery

Efficient Delivery & Discovery

Content Aggregation

Manage Your Data

Fast Browsing

Compression

Recommendation

Mobile TV

Offline Viewing

Network Caching

Delivery

## The Network in Mind



- Caching the last mile,
- Consumer focus,
- New and future content

## Device Awareness

- Device centric and aware
- Intelligent scheduling
- Smart off-loading

## Data Awareness



- Predictive opportunistic delivery
- Decongests the network
- Compression potential add-on



# Technology/Product pipeline

Product

Business



**New version Sports App,**

**Content Provider SDK**

**carrier grade platform**

**Advanced versions SDK/Platform**

Q1 2014

Q2 2014

Q3 2014

Q4 2014

Q1 2015

Q2 2015

Q3 2015

Q4 2015

wikibuli

boost
COMMUNICATIONS

**trial deployment**

**Expanding to Big10**

**trial deployments with Content Distribution Networks (CDN)**

**Trial deployments with mobile carriers and MVNO**

**Close few licensing deals in Q2 and Q3 of 2014.**

**Integrating our solution with key carriers and content providers in the US and Globally.**



# Market Size



- Personalized content
- Offline capabilities



- Traffic offloaded to WiFi
- Monetize spare non-peak BW and cheap-infrastructure
- **Over-The-Top** video service



- Delay free video
- Cost conscious loading
- **More efficient than throttling**

Total Market: 150B



**0% - 2%**

Addressable Market: 30B



# Financial **Projections**

| Revenue (USD '000s) | 2014/2015 | 2015/2016 | 2016/2017 | 2017/2018 |
|---|---|---|---|---|
| Total Revenue | 1,278 | 4,715 | 21,487 | 38,439 |
| Total Fixed + Variable (Sales) cost | 1,949 | 5,949 | 7,364 | 8,736 |
| Salaries | 1,384 | 4,471 | 5,439 | 6,395 |
| EBIT | -671 | -1,234 | 14,122 | 29,704 |
| % of Revenue | -53 | -26 | 66 | 77 |
| Total Staff | 30 | 50 | 75 | 100 |

- Raised $1.4M
- Generated 20K Revenue 2013
- Burn Rate 60K/Month

