# Exhibit G

| '522 Patent, Claim 1 | Akamai MAP SDK |
|---|---|
| 1. A computerized method performed by a network server in communication with a mobile network comprising; | MAP SDK utilizes an on-phone application in wireless communication with the Akamai Edge, which is Akamai's cache serves located "around the 'edges' of the internet, so that user requests can be served by a nearby edge server rather than by a far-off origin server." https://www.akamai.com/us/en/resources/content-distribution-network.jsp. |
| (a) collecting from a mobile user device a plurality of prior requests from an individual user for user demand content from said network, said plurality of prior requests initiated by said mobile user device; | Akamai's MAP SDK provides for "pre-positioning" of content to a "user's device when "connectivity is available and congestion is low." Akamai's MAP SDK does this by segmenting users based on a user's connection to a "segment." https://developer.akamai.com/legacy/assets/downloads/sdk/map/MAP%20SDK%20Configuration%20Guide.pdf |
| (b) analyzing said plurality of prior requests for user demand content collected from said mobile user device with machine learning techniques to build a profile for said individual user; | Akamai's MAP SDK relies upon users being associated "with appropriate content" based on an "ingesting content" process. https://developer.akamai.com/legacy/assets/downloads/sdk/map/MAP%20SDK%20Configuration%20Guide.pdf<br><br>One "must be an Akamai Ion customer to use this SDK." *Get Starter with the Mobile App Performance STK* at 2. (https://developer.akamai.com/get-started-mobile-app-performance-sdk) The Akamai Intelligent Platform, Ion, "is powered by applying ***machine learning*** to real user data." *Akamai Adds Intelligent Performance Automation and Mobile App Optimization Capabilities to Ion* (Feb. 28, 2017) at 2 (emphasis added). (https://www.akamai.com/...ut/news/press/2017-press/akamai-adds-intelligent-performance-automation-and-mobile-app-optimization-to-ion.jsp) |
| (c) generating a list of anticipated requests for user demand content from said individual user, said list comprising a deadline for each anticipated request; | Akamai's MAP SDK relies upon users being associated "with appropriate content" based on an "ingesting content" process. The content for any given group is stored and maintained while fresh. https://developer.akamai.com/legacy/assets/downloads/sdk/map/MAP%20SDK%20Configuration%20Guide.pdf<br><br>"When the device is offline, content requests are served from the cache until the expiration date." https://developer.akamai.com/legacy/assets/downloads/sdk/map/MAP%20SDK%20Configuration%20Guide.pdf |
| (d) for each anticipated request and deadline in said list: | For each video of interest identified from users preferences, and for the timing of the delivery of each such video: |
| (1) downloading to said mobile user device in advance of said deadline data responsive to said anticipated request; | "Pre-positioned" in this case means positioned in advance of the deadline for delivery from cache. Such pre-positioning occurs, e.g., "during off peak hours when connection speeds are fast." Additionally, Akamai's MAP SDK relies upon expiration dates for content to ensure content is fresh. https://developer.akamai.com/legacy/assets/downloads/sdk/map/MAP%20SDK%20Configuration%20Guide.pdf. |

| | |
|---|---|
| (2) storing said data in a memory in said mobile user device; | "***The videos are stored on the mobile device*** so when the mobile customer goes to launch the video, it launches instantly with no buffering or stalling. Because they are stored on the mobile device, the playback is of the highest quality and unaffected by network conditions. The videos actively refresh on a regular basis and outdated videos are removed, so mobile subscribers don't have to manually clear their device of stored video content." https://www.akamai.com/fr/fr/multimedia/documents/product-brief/predictive-content-delivery-product-brief.pdf (Device Storage & Management) (emphasis added).  Thus, "[o]nce this content is on the device, it's ready when the app user needs it." https://developer.akamai.com/legacy/assets/downloads/sdk/map/MAP%20SDK%20Configuration%20Guide.pdf. |
| (e) receiving at least one actual request for user demand content from said individual user initiated by said mobile user device, and | Content that is requests by a user that is already at the device is loaded from cache of the device as opposed to being requested from a remove server. https://developer.akamai.com/legacy/assets/downloads/sdk/map/MAP%20SDK%20Configuration%20Guide.pdf. |
| (f) in response to said at least one actual request for user demand content from said individual user, presenting at said mobile user device data from said memory response to said actual user request. | Content that is requests by a user that is already at the device is loaded from cache of the device as opposed to being requested from a remove server. https://developer.akamai.com/legacy/assets/downloads/sdk/map/MAP%20SDK%20Configuration%20Guide.pdf. |